**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**LMP TRUCK & DIRT SERVICES, LLC**

**VERSUS**

**SLATS LUCAS AGGREGATES, LLC**

**CIIVL ACTION**

**NO. 25-1052-JWD-EWD**

**OPINION AND JUDGMENT**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 4, 2026 (Doc. 11), to which no objection was filed,

**IT IS ORDERED** that the Motion to Remand, (Doc. 6) filed by Plaintiff LMP Truck & Dirt Services, LLC, is **GRANTED**, and that this case is **REMANDED** to the Eighteenth Judicial District Court for the Parish of Iberville, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter on the docket.

Signed in Baton Rouge, Louisiana, on September 1, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

18th JDC - Certified